IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| FELIX LARA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-4145-RDR |
| ) | |
| UNITED SCHOOL DISTRICT 501, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter comes before the court upon plaintiff's Motion to Seal Motion to Amend Pretrial Order (Docs. 54 and 55). The court has contacted defendant who does not oppose the relief requested.

Standing Order 07-03 provides in part:

> If the motion for leave to file under seal is granted, the assigned judge will enter electronically an order authorizing the filing of the document(s) under seal. The assigned judge will also direct the clerk's office to grant to all attorneys who have entered an appearance in that case . . . the ability to view sealed documents in that case . . . . The filing party shall then file its document(s) electronically under seal.

Accordingly, and for good cause shown,

**IT IS ORDERED** plaintiff's Motion to Seal Motion to Amend Pretrial Order (Docs 54 and 55) is granted. The Clerk of the Court shall accept such exhibits for filing with the Court under seal electronically. The court directs the Clerk's office to grant to all attorneys who have entered an appearance in this case the ability to view sealed documents in this case. Upon issuance of this order, plaintiff is directed to file his Motion to Amend the Pretrial Order under seal.

**IT IS SO ORDERED**.

Dated this 19th day of December, 2007 at Topeka, Kansas.

    s/ K. Gary Sebelius
    K. Gary Sebelius
    United States Magistrate Judge